# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| GEORGE HENGLE AND SHARON NADEAU, | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 3:18-cv-00818 |
| WLCC II; WAKPAMNI LAKE COMMUNITY CORPORATION; GENEVA LONE HILL; RAYCEN RAINES; AND JOHN DOE NOS. 1-10; | : |
| Defendants. | : |

## **NOTICE OF APPEARANCE**

Kristi C. Kelly of Kelly & Crandall, PLC, 3925 Chain Bridge Road, #202, Fairfax, VA 22030, hereby notes her appearance as counsel in this case on behalf of the Plaintiffs, George Hengle and Sharon Nadeau.

Please copy her with all matters in this case.

*/s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Kelly & Crandall, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7570
Facsimile: 703-591-0167
Email: kkelly@kellyandcrandall.com
*Counsel for Plaintiffs*

DATED: November 26, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                                             */s/ Kristi C. Kelly*
                                             Kristi C. Kelly, VSB #72791
                                             KELLY & CRANDALL, PLC
                                             3925 Chain Bridge Road, Suite 202
                                             Fairfax, Virginia 22030
                                             Telephone: 703-424-7570
                                             Facsimile: 703-591-0167
                                             E-mail: kkelly@kellyandcrandall.com
                                             *Counsel for Plaintiffs*