**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| GEORGE HENGLE AND : | |
| SHARON NADEAU, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 3:18-cv-00818 |
| : | |
| WLCC II; WAKPAMNI LAKE COMMUNITY : | |
| CORPORATION; GENEVA LONE HILL; : | |
| RAYCEN RAINES; AND JOHN DOE NOS. 1-10; : | |
| : | |
| Defendants. : | |
| : | |

**NOTICE OF APPEARANCE**

Casey S. Nash of Kelly & Crandall, PLC, 3925 Chain Bridge Road, #202, Fairfax, VA 22030, hereby notes her appearance as counsel in this case on behalf of the Plaintiffs, George Hengle and Sharon Nadeau.

Please copy her with all matters in this case.

  */s/ Casey S. Nash*
Casey S. Nash, VSB No. 84261
Kelly & Crandall, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-640-3334
Facsimile: 703-591-0167
Email: casey@kellyandcrandall.com
*Counsel for Plaintiffs*

DATED: November 26, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2018, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

           */s/ Casey S. Nash*
Casey S. Nash, VSB #84261
KELLY & CRANDALL, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-640-3334
Facsimile: 703-591-0167
Email: casey@kellyandcrandall.com
*Counsel for Plaintiffs*