IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE HENGLE, *et al.,* )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WLCC II, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 3:18-cv-00818-MHL |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the above-styled action with prejudice against the Defendants, WLLC II, Wakpamni Lake Community Corporation, Geneva Lone Hill and Raycen Raines, who have yet to file an answer or a motion for summary judgment.

Respectfully submitted,
**PLAINTIFFS**

 /s/ *Kristi C. Kelly*
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq. VSB # 82170
Casey S. Nash, Esq. VSB#84261
KELLY | GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7576
Facsimile: 703-591-0167
Email:  kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
*Counsel for Plaintiffs*

Dated: February 26, 2019

## CERTIFICATE OF SERVICE

    I hereby certify that on this 26th day of February, 2019, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

                       /s/
                      Kristi Cahoon Kelly, Esq. VSB # 72791
                      Andrew J. Guzzo, Esq. VSB # 82170
                      Casey S. Nash, Esq. VSB#84261
                      KELLY | GUZZO, PLC
                      3925 Chain Bridge Road, Suite 202
                      Fairfax, Virginia 22030
                      Telephone: (703) 424-7572
                      Facsimile:  (703) 591-0167
                      E-mail:  kkelly@kellyguzzo.com
                      Email: aguzzo@kellyguzzo.com
                      Email: casey@kellyguzzo.com
                      *Counsel for Plaintiffs*