IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| GEORGE HENGLE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>WLCC II, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 3:18-cv-00818-MHL |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby dismiss the above-styled action with prejudice against the Defendants, WLLC II, Wakpamni Lake Community Corporation, Geneva Lone Hill and Raycen Raines, who have yet to file an answer or a motion for summary judgment.

Respectfully submitted,
**PLAINTIFFS**

/s/ *Kristi C. Kelly*
Kristi C. Kelly, Esq., VSB #72791
Andrew J. Guzzo, Esq. VSB # 82170
Casey S. Nash, Esq. VSB#84261
KELLY | GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: 703-424-7576
Facsimile: 703-591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com
Email: casey@kellyguzzo.com
*Counsel for Plaintiffs*

SO ORDERED

2/27/2019 /s/
M. Hannah Lauck
United States District Judge

Dated: February 26, 2019